UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| COLIN GERHARDT ANDERSON,<br>Petitioner,<br>vs.<br>WARDEN ALEX REYES,<br>Respondent. | 4:25-CV-04232-KES<br><br>ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL |

Petitioner, Colin Gerhardt Anderson, filed a pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Docket 1. Magistrate Judge Veronica L. Duffy submitted a report and recommended that Anderson's petition be dismissed with prejudice because his claims are procedurally defaulted. Docket 14. This court overruled Anderson's objections to the report and recommendation, adopted the report and recommendation as modified, and dismissed Anderson's petition with prejudice. Docket 17. No certificate of appealability issued. *Id.* at 7-8. Anderson has filed a notice of appeal, Docket 19, and moves for leave to proceed in forma pauperis on appeal, Docket 20. Anderson filed a prisoner trust account report with his notice of appeal. Docket 21.

The Eighth Circuit historically has looked to district courts to rule on in forma pauperis motions for appeal and has held that the filing-fee provisions of the Prison Litigation Reform Act do not apply to habeas corpus actions. *Malave v. Hedrick*, 271 F.3d 1139, 1140 (8th Cir. 2001) (per curiam). To determine

whether a habeas petitioner qualifies for in forma pauperis status, the court need only assess (1) whether the petitioner can afford to pay the full filing fee, and (2) whether the petitioner's appeal is taken in "good faith." 28 U.S.C. § 1915(a)(1), (3).

Anderson's appeal appears to be taken in good faith. The court has reviewed the prisoner trust account report Anderson submitted with his notice of appeal, Docket 21, and finds that Anderson has insufficient funds to pay the $605.00 appellate filing fee. Thus, Anderson is granted leave to proceed in forma pauperis on appeal.

IT IS ORDERED that Anderson's motion to proceed in forma pauperis on appeal (Docket 20) is granted.

DATED September 28, 2026.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE